*JUDGE BUCHWALD*

*08 CIV 4715*

Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
Attorneys for Plaintiff

*RECEIVED MAY 20 2008 U.S.D.C. S.D.N.Y. CASHIERS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

DAN-DEE INTERNATIONAL LIMITED and
LEE CAPOZZI,

              Plaintiffs,

v.

PBC INTERNATIONAL, INC.,

              Defendant.

Civil Action No.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

------------------------------x

**RULE 7.1 DISCLOSURE OF DAN-DEE INTERNATIONAL LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Dan-Dee International Limited hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Dan-Dee International Limited : NONE

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Plaintiff
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated: New York, New York
       May 19, 2008

By: _____
Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)

399291.1