**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DAN-DEE INTERNATIONAL LIMITED and
LEE CAPOZZI,

        Plaintiffs,

    -against-

PBC INTERNATIONAL, INC.,

        Defendant.
---------------------------------------------------------X

Case No. 08 CIV 4715
(Judge Buchwald)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
        S.S.:
COUNTY OF VENTURA    )

JUAN CARLOS GAMINO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 22nd day of May, 2008, at approximately the time of 2:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD, UNITED STATES DISTRICT JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER upon PBC INTERNATIONAL, INC. at 2300 Celsius Avenue, Oxnard, CA, by personally delivering and leaving the same with SHERI DELEO who informed deponent that she holds the position of Comptroller with that company and is authorized by appointment to receive service at that address.

L.S., Inc.
1 Broadway
510
, NY 10013
1-925-1220
w.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

SHERI DELEO is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 175 pounds with brown hair and brown eyes.

_____
JUAN CARLOS GAMINO

State of California, County of Ventura
Subscribed and Sworn to ~~(or affirmed)~~ before me on this 29TH day of May, 2008 By Juan Carlos Gamino _____, ~~personally known to me or~~ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC



K. M. PUJOL
Commission # 1708995
Notary Public - California
Ventura County
My Comm. Expires Dec 5, 2010

L.S., Inc.
1 Broadway
510
, NY 10013
-925-1220
rw.dlsny.com