UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAN-DEE INTERNATIONAL LIMITED and : 08 CIV 4715 (NRB)
LEE CAPOZZI,
: 
               Plaintiffs,
         v. : **STIPULATION**
: 
PBC INTERNATIONAL, INC.,
: 
               Defendant.
------------------------------------------------------------X :

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that defendant's time to appear and answer the complaint is extended up to and including July 25, 2008.

Dated: New York, New York
       July 2, 2008

AMSTER, ROTHSTEIN & EBENSTEIN LLP         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____              By: _____
    Neil M. Zipkin (NZ 4718)                 Andrew L. Margulis (AM 9234)
Attorneys for Plaintiffs                 Attorneys for Defendant
90 Park Avenue                           17 State Street, Suite 2400
New York, New York 10016                 New York, New York 10004
(212) 336-8000                           (212) 668-5927

**SO ORDERED:**

_____
U.S.D.J.