UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X
DAN-DEE INTERNATIONAL LIMITED and    :    08 CIV 4715 (NRB)
LEE CAPOZZI,                                         :

          Plaintiffs,                 :
      v.                                     :    **RULE 7.1 STATEMENT**

PBC INTERNATIONAL, INC.,          :

          Defendant.         :
======================================X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant PBC International, Inc. (a non-governmental corporate party) identifies the following parent corporations and publicly held corporation that owns 10% or more of its stock:

      There are no parent corporations and no publicly held corporations that own 10% or more of defendant's stock.

Dated:  New York, New York
          July 24, 2008

                                             ROPERS, MAJESKI, KOHN & BENTLEY


                                             By:   /s/ Andrew L. Margulis
                                                  Andrew L. Margulis (AM 9234)
                                           Attorneys for Defendant
                                           17 State Street, Suite 2400
                                           New York, New York 10004
                                           (212) 668-5927