UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X
DAN-DEE INTERNATIONAL LIMITED and       :    08 CIV 4715 (NRB)
LEE CAPOZZI,                            :
                                        :
              Plaintiffs,               :    **NOTICE OF MOTION TO**
                                        :    **TRANSFER VENUE**
      v.                                :
                                        :
PBC INTERNATIONAL, INC.,                :
                                        :
              Defendant.                :
========================================X

     **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Lionel B. Neff,

the exhibits thereto, the accompanying memorandum of law and all prior pleadings and

proceedings, defendant PBC International Inc. shall move this Court for an Order,

pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court

for the Central District of California.

Dated: New York, New York
      August 26, 2008

                        ROPERS, MAJESKI, KOHN & BENTLEY


                        By:   /s/ Andrew L. Margulis_____
                            Andrew L. Margulis (AM 9234)
                            Eric C. Weissman (EW 7172)
                    Attorneys for Defendant
                    17 State Street, Suite 2400
                    New York, New York 10004
                    (212) 668-5927

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was served

on all counsel of record on August 26, 2008 by filing the document on the Court's

Electronic Filing System and that service was made electronically through such system.


Dated: New York, New York
      August 26, 2008


                                         /s/ Andrew L. Margulis
                                       ANDREW L. MARGULIS